UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MINOR CHILD T.R.,<br><br>                    Movant. | Case No. 4:14-cv-00175-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**INTRODUCTION**

The Court has before it Minor Child T.R.'s Motion for Fee Waiver Pursuant to I.C. § 31-3220 (Dkt. 1). For the reasons explained below, the Court will grant the motion.

**ANALYSIS**

T.R. intends to file suit against certain law enforcement officials. She is required by Idaho Code § 6–610(2) to post a bond to cover costs when she initiates suit against a law enforcement officer. A court may, however, waive costs, fees and security for indigents. See I.C. § 31–3220. If a party files an affidavit stating that she is indigent and unable to pay the costs, fees, and security associated with her case, the court may waive them if it finds, after informal inquiry, that the party is indigent. See Idaho Code § 31–3220(2). This statute applies to bonds required under Idaho Code § 6–610. *Taysom v. Bannock County*, 2012 WL 397734 (D. Idaho. Feb. 7, 2012).

T.R. is a ward of the State of Idaho. Her court appointed conservator, Angela Jenson, filed an affidavit explaining that T.R. is unable to pay the security required by

Idaho Code § 6-610. *Jenson Aff.*, Dkt. 1-1. The affidavit confirms that T.R. has no assets and is therefore indigent. Accordingly, the Court will waive the security bond.

## ORDER

**IT IS ORDERED:**

1. Minor Child T.R.'s Motion for Fee Waiver Pursuant to I.C. § 31-3220 (Dkt. 1) is **GRANTED**.

DATED: June 3, 2014

B. Lynn Winmill
Chief Judge
United States District Court